UNITED; STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JP EXPRESS SERVICE, INC., and JP EXPRESS SERVICE INC. HEALTHCARE BENEFIT PLAN,<br><br>Plaintiffs,<br><br>v.<br><br>KG ADMINISTRATIVE SERVICES, THE KEISER GROUP, LLC, TRACEY KEISER, and ROBERT FRAZIER,<br><br>Defendants. | Case No.: SACV 18-00134-CJC(RAOx)<br><br>PRELIMINARY INJUNCTION |

//
//
//
//

-1-

This matter came before the Court upon Plaintiffs' Motion for a Preliminary Injunction. On July 2, 2018, the Court issued an Order granting a preliminary injunction requiring Defendants to produce information to ensure all of Plaintiffs' employees' health benefit claims prior to 2018 are processed and paid.

IT IS HEREBY ORDERED that Defendants are preliminarily mandated to provide Plaintiffs, **on or before August 1, 2018,** the following information about Plaintiffs' employees' claims.

(1) A report for the years 2015 to 2017 reflecting Plaintiffs' member employees' claims pending processing, which provides for each claim the relevant member employee identified by name and information about the individual charges for medical services extended to that member employee beyond a listing of the procedure group;

(2) A report for the years 2015 to 2017 reflecting the mail receipt date for claims being processed but not yet paid, which provides for each claim the relevant member employee identified by name and information about the individual charges for medical services extended to that member employee beyond a listing of the procedure group;

(3) A report for the years 2015 to 2017 reflecting Plaintiffs' member employees' claims processed and paid, which provides for each claim the relevant member employee identified by name and information about the individual charges for medical services extended to that member employee beyond a listing of the procedure group;

(4) Copies of any stop loss insurance policies obtained by Defendants on JP Express' behalf or where JP Express is an additional insured;

(5) A draft register summarizing the benefit payments made by Defendants on JP Express' behalf in the years 2015 to 2017;

(6) All bank statements from 2015 to 2017 held by Defendants for the benefit of JP Express and the payment of covered claims submitted by JP Express' employees;

(7) A health reimbursement account audit report for the years 2015 to 2017 summarizing all year-to-date activity for each member employee's account including

annual election, year-to-date deposits(s), year-to-date withdrawal(s) and the current account balance(s), for each year; and

(8) A flex spending account audit report for the years 2015 to 2017 summarizing all year-to-date activity for each member employee's account including annual election, year-to-date deposits(s), year-to-date withdrawal(s) and the current account balance(s), for each year.

DATED:   July 2, 2018

CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE