JS-6

FILED
CLERK, U.S. DISTRICT COURT

10/2/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: CW DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| JP EXPRESS SERVICE, INC. and JP EXPRESS SERVICE INC. HEALTHCARE BENEFIT PLAN<br><br>Plaintiffs,<br><br>v.<br><br>KG ADMINISTRATIVE SERVICES, THE KEISER GROUP, LLC, TRACEY KEISER, and ROBERT FRAZIER,<br><br>Defendants. | Case No.: SACV 18-00134-CJC(RAOx)<br><br>JUDGMENT |

///
///
///
///
///
///

In accordance with the Supplemental Memorandum of Decision issued by the Court on October 2, 2020, IT IS ORDERED AND ADJUDGED that the Plaintiffs JP Express Service, Inc. and JP Express Service Inc. Healthcare Benefit Plan are entitled to Judgment against Defendants KG Administrative Services, The Keiser Group, LLC, Tracey Keiser, and Robert Frazier for the total sum of $325,000.00

DATED: October 2, 2020

_____

HON. CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE